**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* PHILIP ROOT,<br><br>Plaintiff-Relator,<br><br>v.<br><br>ILC DOVER LP; NEW ILC DOVER, INC.; ILC ASTROSPACE, LLC; NEW MOUNTAIN CAPITAL, L.L.C.; INGERSOLL RAND INC.; and GRAY ANALYTICS, INC.,<br><br>Defendants. | ) | Civil Action No. 25-70-JLH<br><br>**FILED UNDER SEAL AND *EX PARTE*** |

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE**
**<u>IN PART AND TO DECLINE TO INTERVENE IN PART</u>**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in this action for the purposes of settlement with defendants ILC Dover LP and ILC Astrospace, LLC (collectively, "ILC") and to decline to intervene as to defendants New ILC Dover, Inc., New Mountain Capital, L.L.C., Ingersoll Rand Inc., and Gray Analytics, Inc.

The United States, ILC, and the relator executed a settlement agreement effective October 26, 2026 ("Settlement Agreement"), to resolve this False Claims Act action as to ILC. Under the terms and conditions of the Settlement Agreement, the United States and the relator will file promptly a Joint Notice of Dismissal as to ILC once ILC has made the settlement payments to the United States and the relator as required by the Settlement Agreement. The Settlement Agreement requires ILC to

pay the United States and the relator in full by November 9, 2026, and resolves the relator's claim to a share of the United States' recovery from ILC in this action.

Although the United States declines to intervene in a portion of the action, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the declined portion of the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or any defendant propose that the part of the action in which the United States has not intervened be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Further, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action, even as to the non-intervened part of this action, be served upon the United States; the United States also requests that all orders issued by the Court be sent to the United States' counsel. The United States reserves its right to order any deposition transcripts and to intervene in the portion of this action in which it is declining to intervene today, for good cause, at a later date.

The United States reserves the right to seek the dismissal of the relator's action or claim on any appropriate grounds, including under 31 U.S.C. §§ 3730(b)(5) and (e)(4).

Finally, the United States requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all

other papers on file in this action remain under seal because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

BENJAMIN L. WALLACE
United States Attorney

*/s/ Dylan J. Steinberg*
DYLAN J. STEINBERG
JACOB LAKSIN
Assistant United States Attorneys
1313 N. Market Street
Wilmington, DE 19899-2046
dylan.steinberg@usdoj.gov

JAMIE ANN YAVELBERG
PATRICK M. KLEIN
CHRISTOPHER TERRANOVA
Attorneys, Civil Division
U.S. Department of Justice
175 N St. NE
Washington, DC 20002
christopher.terranova@usdoj.gov

*Attorneys for United States of America*

Dated: October 26, 2026